UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RACHEL BEEMAN,

    Plaintiff,

v.                                                               Case No. 10-C-0624

OK CREDIT REPORTING SERVICE, INC.,

    Defendants.

**ORDER GRANTING MOTION TO COMPEL**

On November 18, 2010, plaintiff Rachel Beeman filed a motion to compel defendant's Rule 26(a)(1) disclosures. Pursuant to this Court's Scheduling Order the parties' Rule 26(a)(1) disclosures were to be filed by October 15, 2010. (Dkt. 12.) Defendant did not file its disclosures by that date. Between October 20, 2010 and November 15, 2010 plaintiff attempted to communicate with defendant via letter, voice-mail, and email in order to obtain defendant's disclosures. Despite these efforts defendant has not filed its Rule 26(a)(1) disclosures, nor has it responded to plaintiff's motion to compel. More than twenty-one days have elapsed since the filing of the motion and no response has been filed. Accordingly, the motion to compel is **GRANTED**. Defendant is directed to produce its Rule 26(a)(1) disclosures to the plaintiff on or before January 10, 2011. Further, pursuant to Rule 37(a)(5)(A), defendant shall pay plaintiff's reasonable expenses incurred in making this motion, including attorney's fees.

Dated this   29th   day of December, 2010.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge